THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY W. COWAN, Appellant.

LAWRENCE J. McGOLDRICK, Petitioner.

*Appeal — murder — assigned counsel — forfeiture of right to compensation by neglect to seasonably apply for extension of time to bring case on for argument.*

In a case of murder in the first degree, neglect by assigned counsel to apply for an extension of time to bring on the case for argument in the Court of Appeals, within the time fixed by section 536 of the Code of Criminal Procedure, forfeits his right to compensation.

(Submitted April 4, 1927; decided April 7, 1927.)

APPLICATION for allowance of compensation as counsel under sections 308, 308-a and 536 of the Code of Criminal Procedure.

*Lawrence J. McGoldrick* for motion.

No one opposed.

*Per Curiam.* Assigned counsel for defendant has lost his right to compensation by letting the time pass to bring case on for argument without applying to the court for an extension thereof. The court may, in a proper case and in the exercise of discretion, enlarge the time to bring the case on for argument after it has expired in order to prevent a dismissal, but in a case of murder in the first degree, counsel's delay in applying for such enlargement within the time fixed by section 536 forfeits his right to compensation. (*People* v. *Chapman*, 225 N. Y. 700.)

Application for compensation denied. Application for payment of personal and incidental expenses allowed.